**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2123

THEODORE JUSTICE, individually and on behalf of all others similarly situated,

Plaintiff - Appellant,

v.

DENICE NELSON, Income Case Worker II; TRAVIS KNIGHT, Income Maintenance Investigator; PAM POLAK, Income Maintenance Supervisor II,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-cv-00350-M-RN)

Submitted:  December 19, 2024                      Decided:  December 27, 2024

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Theodore Justice, Appellant Pro Se.  Erin Holcomb Epley, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice seeks to appeal the district court's order affirming the magistrate judge's denial of Justice's motions for a protective order and assignment of counsel, as well as the district court's order denying his motion for permission to file electronically. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Justice seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of subject matter jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*